**Stanley L. WILLIAMS, Appellant,**

v.

**Daniel PINGELTON, Respondent.**

**No. WD 69408.**

Missouri Court of Appeals, Western District.

Oct. 21, 2008.

Stanley L. Williams, Cameron, MO, pro-se.

Daniel Pingelton, Columbia, MO, pro-se.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Stanley Williams appeals the order of the trial court denying his motion to set aside a default judgment entered against him in his legal malpractice action. On appeal, Williams claims that the trial court erred in denying his application for a writ of habeas corpus ad testificandum and in denying his motion to set aside the default judgment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).